UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEHRNAZ N. JAMALI, M.D.,

          Plaintiff,

    v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and DOES 1
through 50, inclusive,

          Defendants.

No. 5:26-CV-04203-SVK
[Hon. Susan van Keulen, Courtroom 6]

**[PROPOSED] ORDER RE JOINT
STIPULATION RE: STAY OF
PROCEEDINGS PENDING
UNDERINSURED MOTORIST
ARBITRATION**

After consideration of the parties' stipulation re stay of proceedings pending underinsured motorist arbitration and good cause appearing, IT IS HEREBY **ORDERED** that all further proceedings in the within action filed on February 24, 2026 are hereby stayed during the pendency of the underinsured motorist arbitration proceedings of Mehrnaz N. Jamali, M.D. against defendant State Farm Mutual Automobile Insurance Company ~~and for 30 days following the completion of the underinsured motorist arbitration proceedings.~~ until further order of this Court.  The Parties shall file a joint status report by the earlier of:  (1) **14 days** from the issuance of an arbitration award in the underinsured motorist arbitration proceedings or (2) **August 26, 2026**.

Additionally, Defendant's Motion to Dismiss or in the Alternative to Stay the Case Pending Arbitration is **TERMINATED as moot**.

~~A status conference re status of underinsured motorist arbitration proceedings is scheduled in this matter for _____ at _____ a.m./p.m. in Courtroom 6.~~

DATED: ___May 28, 2026___

                _____
                SUSAN VAN KEULEN
                UNITED STATES MAGISTRATE JUDGE

ORDER RE STIP RE STAY
N:\W\TMC\SF\1187 Jamali\Federal\PROPOSED ORDER STIP RE STAY.doc