Houman Fakhimi (C.S.B. 195638)
**FAKHIMI & ASSOCIATES**
620 Newport Center Dr., Suite 1100
Newport Beach, CA 92660
Tel: (714) 542-2188
Email: hf@lawhf.com

Attorney for Plaintiff,
Mehrnaz N. Jamali, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MEHRNAZ N. JAMALI, M.D.,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 through 50, inclusive,

Defendants.

No. 5:26-cv-04203-SVK
[Hon. Susan van Keulen, Courtroom 6]

**JOINT STATUS REPORT AND STIPULATION TO LIFT THE STAY OF PROCEEDINGS; ~~[PROPOSED]~~ ORDER**

The parties submit this Joint Status Report regarding Plaintiff's claims for Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing (Bad-Faith), *et al.* On May 28, 2026, the Court granted the parties' request to stay the proceedings until further order of this Court. *See* Docket No. 9.

On August 24, 2026, Plaintiff's counsel received a check for the sum of Two Hundred Five Thousand and 00/100 Dollars ($205,000.00) from State Farm Mutual Automobile Insurance Company ("State Farm"). In addition to this sum, State Farm had previously tendered a check for Twenty Thousand and 00/100 Dollars ($20,000.00) as an "impasse" payment. This sum, in all likelihood, would be the total amount that Plaintiff would be due based on her underinsured motorist policy.

Plaintiff's counsel has conferred with Defendant's counsel, and they both agree that this

matter can now proceed forward. It is respectfully requested that this Honorable Court lift the stay placed on this matter on May 28, 2026.

Respectfully submitted,

Dated: 8.26.26

**FAKHIMI & ASSOCIATES**

Houman Fakhimi, Esq.
Attorney for Plaintiff
MEHRNAZ N. JAMALI, M.D.

Dated: 8/26/26

**SHAVER | CASTRONOVO LLP**

Thomas W. Shaver, Esq.
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 31, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge